# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Beverly A Blough**_____   Case No.  **24-70078**_____
                                            Debtor(s)                                              Chapter  **13**_____

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Beverly A Blough**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **March 26, 2024**_____          Signature  **/s/ Beverly A Blough**_____
                                                                        **Beverly A Blough**
                                                                        Debtor

**Earnings Statement**

Page 001 of 001



HRB Green Resources LLC
One H&R Block Way
Kansas City, MO 64105

| | |
|---|---|
| Federal Marital Status: | S |
| State Marital Status: | S |
| Allowances/Additional Federal: | 0 / 25.00 |
| State: | 0 / 0.00 |

Employee ID: 002729171
Period Beg/End: 01/06/2024-01/19/2024
Check Date: 01/26/2024
Check Number: 0000000000

**Beverly Blough**
**351 Habicht Street**
**Johnstown, PA 15906**

For inquiries on this statement please call (877) 222-5547

Total Hours Worked:  12.87
Basis of Pay:  Hourly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Reg Client | 12.0000 | 8.300000 | 99.60 | 99.60 |
| Reg Learn | 11.0000 | 4.566666 | 50.24 | 204.06 |
| **Gross Pay** | | | **149.84** | **303.66** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| OASDI | 9.29 | 18.83 |
| Medicare | 2.17 | 4.40 |
| Federal Withholdi | 25.00 | 50.00 |
| Work State Tax-PA | 4.60 | 9.32 |
| SUI-Employee Paid | 0.10 | 0.21 |
| City Tax - WNDBR | 1.50 | 3.04 |
| PA LST - WNDBR | 2.00 | 4.00 |
| **Total Taxes** | **44.66** | **89.80** |

| Employer Paid Benefits | This Period | Year-to-Date |
|---|---|---|
| EAP | 0.45 | 0.90 |
| **Total Benefits** | **0.45** | **0.90** |

| **Net Pay** | | **105.18** | |

| Absence Plans | Used | Earned | Balance |
|---|---|---|---|
| Floating Hol | | | 0.00 |
| Sick Time | | | 0.00 |
| Vacation Time | | | 0.00 |

**Pay Distribution Summary**
Checking ***************411  105.18
**Total:**  105.18

Your Federal taxable wages for this period are:  $149.84
CA SPSL Hours Taken YTD:  0.00



HRB Green Resources LLC
One H&R Block Way
Kansas City, MO 64105

56-503/422

Check Number:  0000000000
Check Date:  01/26/2024

Deposit Amount:  $**105.18

**NON-NEGOTIABLE**

Pay to the order of:  BEVERLY BLOUGH
351 Habicht Street
Johnstown, PA 15906



**Earnings Statement**

HRB Green Resources LLC
One H&R Block Way
Kansas City, MO 64105

| | |
|---|---|
| Federal Marital Status: | S |
| State Marital Status: | S |
| Allowances/Additional | |
| Federal: | 0 / 25.00 |
| State: | 0 / 0.00 |

Page 001 of 001

| | |
|---|---|
| Employee ID: | 002729171 |
| Period Beg/End: | 12/23/2023-01/05/2024 |
| Check Date: | 01/12/2024 |
| Check Number: | 0000000000 |

**Beverly Blough**
**351 Habicht Street**
**Johnstown, PA 15906**

For inquiries on this statement please call (877) 222-5547

Total Hours Worked:   13.98
Basis of Pay:   Hourly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Reg Learn | 11.0000 | 13.983333 | 153.82 | 153.82 |
| **Gross Pay** | | | **153.82** | **153.82** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| OASDI | 9.54 | 9.54 |
| Medicare | 2.23 | 2.23 |
| Federal Withholdi | 25.00 | 25.00 |
| Work State Tax-PA | 4.72 | 4.72 |
| SUI-Employee Paid | 0.11 | 0.11 |
| City Tax - WNDBR | 1.54 | 1.54 |
| PA LST - WNDBR | 2.00 | 2.00 |
| **Total Taxes** | **45.14** | **45.14** |

| Employer Paid Benefits | | |
|---|---|---|
| EAP | 0.45 | 0.45 |
| **Total Benefits** | **0.45** | **0.45** |

| **Net Pay** | | **108.68** |
|---|---|---|

| Absence Plans | Used | Earned | Balance |
|---|---|---|---|
| Floating Hol | | | 0.00 |
| Sick Time | | | 0.00 |
| Vacation Time | | | 0.00 |

**Pay Distribution Summary**

| | |
|---|---|
| Checking **************411 | 108.68 |
| **Total:** | **108.68** |

Your Federal taxable wages for this period are:   $153.82
CA SPSL Hours Taken YTD:   0.00



HRB Green Resources LLC
One H&R Block Way
Kansas City, MO 64105

56-503/422

| | |
|---|---|
| Check Number: | 0000000000 |
| Check Date: | 01/12/2024 |

Deposit Amount:                                                                $**108.68

**NON-NEGOTIABLE**

Pay to the order of:   BEVERLY BLOUGH
351 Habicht Street
Johnstown, PA 15906

# Earnings Statement

Page 001 of 001



HRB Green Resources LLC
One H&R Block Way
Kansas City, MO 64105

| | |
|---|---|
| Federal Marital Status: | S |
| State Marital Status: | S |
| Allowances/Additional | |
| Federal: | 0 / 25.00 |
| State: | 0 / 0.00 |

| | |
|---|---|
| Employee ID: | 002729171 |
| Period Beg/End: | 12/09/2023-12/22/2023 |
| Check Date: | 12/29/2023 |
| Check Number: | 0000000000 |

**Beverly Blough**
**351 Habicht Street**
**Johnstown, PA 15906**

For inquiries on this statement please call (877) 222-5547

Total Hours Worked: 17.42
Basis of Pay: Hourly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Reg Learn | 11.0000 | 17.416666 | 191.59 | 191.59 |
| **Gross Pay** | | | **191.59** | **191.59** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| OASDI | 11.88 | 11.88 |
| Medicare | 2.78 | 2.78 |
| Federal Withholdi | 25.00 | 25.00 |
| Work State Tax-PA | 5.88 | 5.88 |
| SUI-Employee Paid | 0.13 | 0.13 |
| City Tax - WNDBR | 1.92 | 1.92 |
| PA LST - WNDBR | 2.00 | 2.00 |
| **Total Taxes** | **49.59** | **49.59** |
| **Net Pay** | **142.00** | |

| Absence Plans | Used | Earned | Balance |
|---|---|---|---|
| Floating Hol | | | 0.00 |
| Sick Time | | | 0.00 |
| Vacation Time | | | 0.00 |

**Pay Distribution Summary**
Checking **************411    142.00
**Total:**    142.00

| | |
|---|---|
| Your Federal taxable wages for this period are: | $191.59 |
| CA SPSL Hours Taken YTD: | 0.00 |



HRB Green Resources LLC
One H&R Block Way
Kansas City, MO 64105

56-503/422

| | |
|---|---|
| Check Number: | 0000000000 |
| Check Date: | 12/29/2023 |

Deposit Amount:    $**142.00

# NON-NEGOTIABLE

Pay to the order of:

BEVERLY BLOUGH
351 Habicht Street
Johnstown, PA 15906