| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Beverly A Blough**<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9461<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter:  13   3/3/24 |
| Case number: | 24–70078–JAD | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                          12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Beverly A Blough | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 351 Habicht St<br>Johnstown, PA 15906 | |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence W. Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235 | Contact phone 412–235–1721<br>Email: ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br>Contact phone 412–644–2700<br>Date: 4/1/24 |

For more information, see page 2

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 13, 2024 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call**<br>**1–412–532–8861** For additional information, go to:<br>https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/12/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/13/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/29/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial meeting on confirmation will be held by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**5/13/24** at **01:00 PM** , Location: **Same location as the Meeting of Creditors.**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Beverly A Blough  
    Debtor

Case No. 24-70078-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 4  
Date Rcvd: Apr 01, 2024      Form ID: 309iPGH      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beverly A Blough, 351 Habicht St, Johnstown, PA 15906-3139 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| ust | + | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 15691871 | + | Conemaugh Hospital, 1086 Franklin St, Johnstown, PA 15905-4398 |
| 15701378 | + | Lisa Swope, 219 S. Center Street, P.O. Box 270, Ebensburg, PA 15931-0270 |
| 15701384 | + | Midland Morgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 15701383 | + | Midland Morgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 15691884 | | Peoples Gas, c/o GRB, Frick Building, Pittsburgh, PA 15219 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@westernpabankruptcy.com | Apr 02 2024 03:05:00 | Lawrence W. Willis, Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA 15235 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Apr 02 2024 03:05:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Apr 02 2024 05:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2024 03:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 02 2024 05:21:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2024 03:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15691865 | + | EDI: GMACFS.COM | Apr 02 2024 05:21:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15691866 | + | EDI: AIS.COM | Apr 02 2024 05:21:00 | American InfoSource, PO Box 4457, Houston, TX 77210-4457 |
| 15691867 | | Email/Text: asaville@csrnmg.com | Apr 02 2024 03:06:00 | Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901 |
| 15701367 | | EDI: CAPITALONE.COM | Apr 02 2024 05:21:00 | CAPITAL ONE BANK, 15000 CAPITAL ONE DR, Richmond, VA 23238 |
| 15691870 | | Email/Text: cfcbackoffice@contfinco.com | Apr 02 2024 03:05:00 | Celtic Bank/contfinco, 4550 New Linden Hill |

Case 24-70078-JAD    Doc 17    Filed 04/03/24    Entered 04/04/24 00:30:06    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: 309iPGH | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| 15691890 | Email/Text: cfcbackoffice@contfinco.com | Apr 02 2024 03:05:00 | Road, Wilmington, DE 19808<br>Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 15691868 | + EDI: CAPITALONE.COM | Apr 02 2024 05:21:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15695354 | EDI: CAPITALONE.COM | Apr 02 2024 05:21:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15691869 | + EDI: PHINGENESIS | Apr 02 2024 05:21:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15691872 | + EDI: CCS.COM | Apr 02 2024 05:21:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 15691873 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 02 2024 02:54:06 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15691874 | + EDI: PHINGENESIS | Apr 02 2024 05:21:00 | Feb Destiny/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15691875 | + EDI: AMINFOFP.COM | Apr 02 2024 05:21:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15691876 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 02 2024 03:05:00 | Fortiva, PO 105555, Atlanta, GA 30348-5555 |
| 15691877 | EDI: JEFFERSONCAP.COM | Apr 02 2024 05:21:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15691879 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 02 2024 03:05:00 | Loancare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15694464 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 02 2024 02:23:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15691882 | Email/Text: ml-ebn@missionlane.com | Apr 02 2024 03:05:00 | Mission Lane/tab Bank, Po Box 105286, Atlanta, GA 30304 |
| 15691880 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 02 2024 02:55:23 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15701381 | + EDI: AISMIDFIRST | Apr 02 2024 05:21:00 | MidFirst Bank, 999 NW Grand Boulevard, #100, Oklahoma City, OK 73118-6051 |
| 15691881 | + EDI: AISMIDFIRST | Apr 02 2024 05:21:00 | MidFirst Bank, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15691883 | + EDI: AGFINANCE.COM | Apr 02 2024 05:21:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15701387 | + EDI: SYNC | Apr 02 2024 05:21:00 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 15701388 | + Email/Text: BankruptcyEast@firstenergycorp.com | Apr 02 2024 03:06:00 | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15691885 | + EDI: Q3G.COM | Apr 02 2024 05:21:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 15691886 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2024 02:24:14 | Resurgent Capital Services, PO Box 19034, Greenville, SC 29602-9034 |
| 15691887 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 02 2024 03:06:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15691888 | + EDI: SYNC | Apr 02 2024 05:21:00 | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15691889 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 02 2024 03:05:00 | Tbom/atls/fortiva Mc, Po Box 105555, Atlanta, GA 30348-5555 |
| 15691891 | + EDI: PHINGENESIS | Apr 02 2024 05:21:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 15691892 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 02 2024 03:05:00 | The Bank of Missiouri, PO Box 105555, Atlanta, |

Case 24-70078-JAD   Doc 17   Filed 04/03/24   Entered 04/04/24 00:30:06   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: 309iPGH | Total Noticed: 47 |

| Recip ID | Bypass Reason | | | Date/Time | Recipient |
|---|---|---|---|---|---|
| | | | | | GA 30348-5555 |
| 15691893 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | Apr 02 2024 03:06:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15691894 | + | Email/Text: bankruptcy@veridiancu.org | | Apr 02 2024 03:06:00 | Veridian Credit Union, 1827 Ansborough Av, Waterloo, IA 50701-3629 |
| 15691895 | + | EDI: TCISOLUTIONS.COM | | Apr 02 2024 05:21:00 | Vervent/tbom, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15691896 | + | EDI: BLUESTEM | | Apr 02 2024 05:21:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15691878 | | Lisa Swope |
| 15701364 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15701365 | *+ | American InfoSource, PO Box 4457, Houston, TX 77210-4457 |
| 15701366 | *P++ | CAMBRIA SOMERSET RADIOLOGY JOHNSTOWN PA, ATTN ATTN AMBER SAVILLE, 239 MAIN STREET, SUITE 440, JOHNSTOWN PA 15901-1640, address filed with court:, Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901 |
| 15701370 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Celtic Bank/contfinco, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15701395 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 15701368 | *+ | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15701369 | *+ | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15701371 | *+ | Conemaugh Hospital, 1086 Franklin St, Johnstown, PA 15905-4398 |
| 15701372 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 15701373 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15701374 | *+ | Feb Destiny/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15701375 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15701376 | *+ | Fortiva, PO 105555, Atlanta, GA 30348-5555 |
| 15701377 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15701379 | *+ | Loancare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15701385 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane/tab Bank, Po Box 105286, Atlanta, GA 30304 |
| 15701380 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15701382 | *+ | MidFirst Bank, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15701386 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15701389 | * | Peoples Gas, c/o GRB, Frick Building, Pittsburgh, PA 15219 |
| 15701390 | *+ | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 15701391 | *+ | Resurgent Capital Services, PO Box 19034, Greenville, SC 29602-9034 |
| 15701392 | *+ | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15701393 | *+ | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15701394 | *+ | Tbom/atls/fortiva Mc, Po Box 105555, Atlanta, GA 30348-5555 |
| 15701396 | *+ | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 15701397 | *+ | The Bank of Missiouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15701398 | *+ | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15701399 | *+ | Veridian Credit Union, 1827 Ansborough Av, Waterloo, IA 50701-3629 |
| 15701400 | *+ | Vervent/tbom, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15701401 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 2 Undeliverable, 31 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Beverly A Blough ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4