FILED
3/11/25 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Beverly A Blough<br>　　　　　Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>　　　　　Movant<br>　vs.<br><br>Beverly A Blough<br>　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　　Trustee | CHAPTER 13<br><br>Doc. # 50<br>Related to Doc. # 30<br><br>NO. 24-70078 JAD<br><br><br>11 U.S.C. Section 362 |

## ORDER OF COURT

And on this  11th  day of   March  , 2025, it is hereby ORDERED that the Motion for Relief of MIDFIRST BANK, which was filed with the Court on or about November 14, 2024, is hereby WITHDRAWN.

By the Court,

_____ J.
JEFFERY A. DELLER         jst
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70078-JAD |
| Beverly A Blough | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

**Recip ID        Recipient Name and Address**
db          + Beverly A Blough, 351 Habicht St, Johnstown, PA 15906-3139

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2025           Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

**Name**                          **Email Address**

Brent J. Lemon
                        on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com lemondropper75@hotmail.com

Denise Carlon
                        on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com

Jeffrey Hunt
                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Lawrence Willis
                        on behalf of Debtor Beverly A Blough ecf@westernpabankruptcy.com
                        urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

TOTAL: 6