FILED
6/26/26 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| **BEVERLY A BLOUGH,** | ) | **Case No. 24-70078-JAD** |
| | ) | |
| | ) | **Chapter 13** |
| **Debtor(s).** | ) | |
| | X | Doc. # 55 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑        a motion to dismiss case or certificate of default requesting dismissal

❑        a plan modification sought by:  _____

❑        a motion to lift stay
         as to creditor        _____

☒        Other:  Per Claim_____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated __2/10/2025_____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑        Debtor(s) Plan payments shall be changed from $ __1575.00_____ to
         $ _1720.00_____ per __Month_____, effective ____July 2026; and/or
         the Plan term shall be changed from ___ months to ____ months.                    .

❑        In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

[04/22]                                    -1-

the Trustee or a party in interest may file with the Court and  serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑   Debtor(s) shall file and serve _____ on or before _____.

❑   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

✠   Other: <u>MIDFIRST BANK (Claim No. 11) governs. Pursuant to the most recent Notice of Mortgage Payment Change of record, effective July 1, 2026, the ongoing monthly mortgage payment is $478.87. Attorney's fees are increased by $1,000.00, subject to the filing and approval of a fee application.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]                                                -2-

**SO ORDERED**, this 26th day of _____June_____, 2026_

United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:                          Stipulated by:

/s/ Lawrence Willis_____        _/s/_ Dennis Sloan_____
Counsel to Debtor                        Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

[04/22]                        -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 24-70078-JAD

Beverly A Blough      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 4

Date Rcvd: Jun 26, 2026      Form ID: pdf900      Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Beverly A Blough, 351 Habicht St, Johnstown, PA 15906-3139 |
| 15691871 | + | Conemaugh Hospital, 1086 Franklin St, Johnstown, PA 15905-4398 |
| 15701378 | + | Lisa Swope, 219 S. Center Street, P.O. Box 270, Ebensburg, PA 15931-0270 |
| 15701384 | + | Midland Morgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 15691884 | | Peoples Gas, c/o GRB, Frick Building, Pittsburgh, PA 15219 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 27 2026 00:34:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15691865 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2026 00:34:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15691866 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2026 00:46:27 | American InfoSource, PO Box 4457, Houston, TX 77210-4457 |
| 15691867 | | Email/Text: asaville@csrnmg.com | Jun 27 2026 00:34:00 | Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901 |
| 15701367 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2026 00:46:19 | CAPITAL ONE BANK, 15000 CAPITAL ONE DR, Richmond, VA 23238 |
| 15691870 | | Email/Text: cfcbackoffice@contfinco.com | Jun 27 2026 00:34:00 | Celtic Bank/contfinco, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15691890 | | Email/Text: cfcbackoffice@contfinco.com | Jun 27 2026 00:34:00 | Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 15691868 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2026 00:46:19 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15695354 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2026 00:46:02 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15691869 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 27 2026 00:35:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15691872 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 27 2026 00:35:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 15691873 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2026 00:46:03 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15691874 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 27 2026 00:35:00 | Feb Destiny/gf, Po Box 4499, Beaverton, OR 97076-4499 |

District/off: 0315-7                                   User: auto                                   Page 2 of 4

Date Rcvd: Jun 26, 2026                              Form ID: pdf900                                Total Noticed: 51

| | | | |
|---|---|---|---|
| 15691875 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 27 2026 00:46:20 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15691876 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 27 2026 00:34:00 | Fortiva, PO 105555, Atlanta, GA 30348-5555 |
| 15691877 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2026 00:34:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15707422 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2026 00:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15691879 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 27 2026 00:34:00 | Loancare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15694464 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2026 00:46:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15691882 | Email/Text: ml-ebn@missionlane.com | Jun 27 2026 00:34:00 | Mission Lane/tab Bank, Po Box 105286, Atlanta, GA 30304 |
| 15691880 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2026 00:46:00 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15716896 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 27 2026 00:46:35 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15701381 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 27 2026 00:46:35 | MidFirst Bank, 999 NW Grand Boulevard, #100, Oklahoma City, OK 73118-6051 |
| 15691881 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 27 2026 00:46:17 | MidFirst Bank, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15701383 | ^ MEBN | Jun 27 2026 00:28:36 | Midland Morgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 15710911 | + Email/PDF: cbp@omf.com | Jun 27 2026 00:46:16 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15691883 | + Email/PDF: cbp@omf.com | Jun 27 2026 00:46:35 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15716889 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2026 00:46:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15701387 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2026 00:45:59 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 15701388 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jun 27 2026 00:34:00 | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15705725 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jun 27 2026 00:34:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 15702974 | + Email/Text: ebnpeoples@grblaw.com | Jun 27 2026 00:34:00 | Peoples Natural Gas Company LLC, c/o Jeffrey R. Hunt, Esquire, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15691885 | + Email/Text: bnc-quantum@quantum3group.com | Jun 27 2026 00:34:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 15716509 | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2026 00:34:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15691886 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2026 00:46:04 | Resurgent Capital Services, PO Box 19034, Greenville, SC 29602-9034 |
| 15706700 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2026 00:46:05 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15691887 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 27 2026 00:34:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15691888 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2026 00:45:57 | Syncb/ashley Homestore, C/o Po Box 965036, |

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2026 | Form ID: pdf900 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-0001 |
| 15691889 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | Jun 27 2026 00:34:00 | Tbom/atls/fortiva Mc, Po Box 105555, Atlanta, GA 30348-5555 |
| 15691891 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | Jun 27 2026 00:35:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 15691892 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | Jun 27 2026 00:34:00 | The Bank of Missiouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15691893 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | Jun 27 2026 00:34:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15714220 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | Jun 27 2026 00:34:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15691894 | + Email/Text: bankruptcy@veridiancu.org | | Jun 27 2026 00:34:00 | Veridian Credit Union, 1827 Ansborough Av, Waterloo, IA 50701-3629 |
| 15691895 | + Email/Text: famc-bk@1stassociates.com | | Jun 27 2026 00:34:00 | Vervent/tbom, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15691896 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | Jun 27 2026 00:46:17 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15691878 | | Lisa Swope |
| 15701364 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15701365 | *+ | American InfoSource, PO Box 4457, Houston, TX 77210-4457 |
| 15701366 | *P++ | CAMBRIA SOMERSET RADIOLOGY JOHNSTOWN PA, ATTN ATTN AMBER SAVILLE, 239 MAIN STREET, SUITE 440, JOHNSTOWN PA 15901-1640, address filed with court:, Cambria Somerset Radiology, 239 Main Street, Suite 400, Johnstown, PA 15901 |
| 15701370 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Celtic Bank/contfinco, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 15701395 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Tbom/contfin, Pob 8099, Newark, DE 19714 |
| 15701368 | *+ | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15701369 | *+ | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15701371 | *+ | Conemaugh Hospital, 1086 Franklin St, Johnstown, PA 15905-4398 |
| 15701372 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 15701373 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15701374 | *+ | Feb Destiny/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15701375 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15701376 | *+ | Fortiva, PO 105555, Atlanta, GA 30348-5555 |
| 15701377 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15701379 | *+ | Loancare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15701385 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane/tab Bank, Po Box 105286, Atlanta, GA 30304 |
| 15701380 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15701382 | *+ | MidFirst Bank, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15701386 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15701389 | * | Peoples Gas, c/o GRB, Frick Building, Pittsburgh, PA 15219 |
| 15701390 | *+ | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 15701391 | *+ | Resurgent Capital Services, PO Box 19034, Greenville, SC 29602-9034 |
| 15701392 | *+ | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15701393 | *+ | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15701394 | *+ | Tbom/atls/fortiva Mc, Po Box 105555, Atlanta, GA 30348-5555 |
| 15701396 | *+ | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 15701397 | *+ | The Bank of Missiouri, PO Box 105555, Atlanta, GA 30348-5555 |

District/off: 0315-7 | User: auto | Page 4 of 4
Date Rcvd: Jun 26, 2026 | Form ID: pdf900 | Total Noticed: 51

| 15701398 | *+ | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15701399 | *+ | Veridian Credit Union, 1827 Ansborough Av, Waterloo, IA 50701-3629 |
| 15701400 | *+ | Vervent/tbom, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15701401 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 2 Undeliverable, 31 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Lawrence Willis | on behalf of Debtor Beverly A Blough ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5